UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **DENISE L. WATSON**<br>    **PLAINTIFF,** | )<br>)<br>)<br>)<br>) | CASE #: 3:10-CV-527-REP |
| **v.** | )<br>)<br>) | |
| **TAKHAR COLLECTION**<br>**SERVICES, LTD.**<br>    **DEFENDANT** | )<br>)<br>) | |

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please note the appearance of Joelle Gotwals, of the Law Office of Joelle Gotwals, as co-counsel of record for Plaintiff.

                                        DENISE L. WATSON

                                        By: /s/Joelle Gotwals
                                        Of Counsel
                                        Joelle Gotwals, Esq. VSB#76779
                                        Counsel for the plaintiff
                                        Law Office of Joelle Gotwals
                                        P.O. Box 11133
                                        Manassas, VA 20113-0133
                                        (571) 377-8538
                                        (804)-673-4350 (fax)
                                        Jgotwals@gmail.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 23nd Day of September, 2010, that I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notice of such filing (NEF) to the following:

Jason M. Krumbein, Esq.
Counsel for the plaintiff

and I hereby certify that I will mail the document by US Mail to the following non filing users:

NONE.

By:_____/s/ Joelle Gotwals_____.
Joelle Gotwals, Esq. VSB#76779
Counsel for the Plaintiff
Law Office of Joelle Gotwals
P.O. Box 11133
Manassas, VA 20113-0133
(571) 377-8538
(804)-673-4350 (fax)
Jgotwals@gmail.com (e-mail)