**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **DENISE L. WATSON** | ) | |
| **PLAINTIFF,** | ) | **CASE #: 3:10-CV-527-REP** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TAKHAR COLLECTION** | ) | |
| **SERVICES, LTD.** | ) | |
| **DEFENDANT.** | ) | **JURY TRIAL DEMANDED** |

**MOTION FOR DEFAULT JUDGMENT AS TO TAKHAR COLLECTION SERVICES, LTD**

Comes now your plaintiff, by counsel, moves this Court for Entry of Default in the above referenced matter, and says as follows:

1.    That this matter was filed in this court on July 28, 2010.

2.    Service was effected through the Secretary of the Commonwealth of Virginia (docket #s 4- certificate of compliance by Secretary of the Commonwealth).

3.    Defendant received notice on September 30, 2010 by Certified Mail, Return Receipt Requested.  Exhibit A- return receipt (Docket #5-2).  Exhibit B- USPS receipt information (Docket #5-3).

4.    Defendant's operations manager sent a letter to counsel dated October 4, 2010. Exhibit C.

5.    The time for a responsive pleading expired on October 21, 2010.

6.    Plaintiff moved for default on October 25, which was entered by the clerk on October 28, 2010.

7.      No answer, motion or other pleading has been filed with this court as of

December 13, 2010.

8.      The defendant is not an infant, incompetent or in the military.

9.      The defendant is therefore in default.

10.     The plaintiff whereupon moves this honorable court for an order entering default

judgment for Statutory Damages of $1,000.00, Attorney Fees and costs.

11.     An Affidavit in Support is attached.  Exhibit D.

DENISE WATSON

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
        KrumbeinLaw@gmail.com
Mitchell P. Goldstein, Esq. VSB#40613
        mgoldstein@krumbeinlaw.com
Counsel for the plaintiff
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358
804.673.4350 fax

Joelle E. Gotwals, Esq., VSB# 76779
Law Office of Joelle Gotwals
P.O. Box 11133
Manassas, VA 20113-0133
571-377-8538
804-673-4350 fax
jgotwals@gmail.com (e-mail)

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2010, I will electronically file the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such

filing (NEF) to the following:


NONE

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:


Takhar Collection Services, LTD          Takhar Group of Companies
Hardial Takhar, President                Blair Wettlaufer, Manager
537-1623 Military Rd.                     202 Beverly St.
Niagara, NY 14304-1745                    Cambridge, Ontario, N1R 3Z8


 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
        KrumbeinLaw@gmail.com
Counsel for the plaintiff
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804.673.4358
804.673.4350 fax