

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**DENISE WATSON**
      **Plaintiff,**

CASE #3:10-CV-527-REP

v.

**TAKHAR COLLECTION SERVICES, LTD**
      **Defendants**

## PROPOSED ORDER ON MOTION and MEMO FOR STATUTORY DAMAGES, ATTORNEY FEES AND COSTS

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment as to Takhar Collection Services, LTD (Doc. No. 7) and Plaintiff's Motion for Fees and Costs (Doc. No. 9). The Court HEREBY GRANTS Plaintiff's Motion for Default Judgment and ENTERS default judgment in the amount of $1,000.00 in statutory damages. Plaintiff's Motion for Fees and Costs is also GRANTED and the Court awards Plaintiff $3,882.50 in attorney's fees and $381.81 in costs. Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                        /s/        *REP*
                               ROBERT E. PAYNE
                               Judge, US District Court, Eastern District of Virginia
                               Richmond Division

Entered this 10th day of February, 2011

Jason M. Krumbein, Esquire VSB# 43538
Krumbein Consumer Legal Services
5310 Markel Rd. Suite 102
Richmond, VA 23230
804.303.0204 office; 804.303.0209 fax
krumbeinlaw@gmail.com email

Page 1